

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,423-04

### EX PARTE JOSE DAVID ROBLES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 13445-D IN THE 350TH DISTRICT COURT FROM TAYLOR COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of driving while intoxicated and sentenced to ten years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Robles v. State*, No. 11-19-00358-CR (Tex. App.—Eastland Oct. 21, 2021). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to file a *pro se* petition for discretionary review due to a breakdown in the system. Our records indicate that Applicant mailed a letter regarding the filing of a *pro se* petition for discretionary review within the thirty day window to do

so, but for some reason this Court did not receive it until over sixty days after its mailing. As a result, Applicant was denied his right to file his petition for discretionary review.

Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2003). Applicant may file an out-of-time petition for discretionary review of the judgment of the Eleventh Court of Appeals in cause number 11-19-00358-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: November 2, 2022
Do not publish